Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

JS-6

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAUSIN DRAMA, INC., a California Corporation; 54 RECKLESS, LLC, a California Limited Liability Company,<br><br>　　　　　　　Plaintiffs,<br>　　　vs.<br>URBAN OUTFITTERS, INC., a Pennsylvania Corporation; BLINK DESIGN, INC., a California Corporation; and DOES 1-10, inclusive.<br><br>　　　　　　　Defendants. | CASE NO. 2:13-CV-06238-RSWL-JCG<br><br>**CONSENT JUDGMENT INCLUDING PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

　　　WHEREAS Plaintiffs Causin Drama, Inc. and 54 Reckless LLC and Defendants Urban Outfitters, Inc. and Blink Design, Inc. have entered into a Settlement Agreement and Mutual Release as to the claims in the above referenced matter.  Defendants, having agreed to consent to the below terms, it is hereby:

　　　**ORDERED, ADJUDGED, and DECREED** as among the parties hereto that:

　　　1.　　This Court has jurisdiction over the parties to this Final Consent Decree and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

　　　2.　　Defendants and their agents, servants, employees and all persons in active concert and participation with them are hereby permanently restrained and enjoined

from infringing upon Plaintiffs' YOUNG & RECKLESS trademark either directly or contributorily in any manner, including:

    (a)    Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping or marketing goods bearing the YOUNG & RECKLESS trademark and/or any words or marks confusingly similar thereto;

    (b)    Delivering, holding for sale, returning, transferring or otherwise moving, storing or disposing in any manner any products bearing the YOUNG & RECKLESS trademark and/or any words or marks confusingly similar thereto;

    (c)    Committing any other acts calculated to cause purchasers to believe that Defendants' products are genuine YOUNG & RECKLESS® merchandise or associated with Plaintiffs and/or the YOUNG & RECKLESS® brand in any way;

    (d)    Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 2(a) to 2(c) above.

3.    Each party shall bear their own costs and attorneys' fees associated with this action.

4.    The execution of this Consent Decree shall serve to bind and obligate the parties hereto.

5.    The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Final Judgment, the enforcement thereof and the punishment of any violations thereof. Except as otherwise provided herein, this action is fully resolved with prejudice.

Date: March 4, 2014

                              __RONALD S.W. LEW__
                              Honorable Ronald S.W. Lew
                              Senior U.S. District Judge